UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JOHN D. VOELKER
    Plaintiff,

v.       CASE NO. 1:20-cv-2367

POOJA KILARU and
ENTERPRISE RAC COMPANY
OF BALTIMORE, LLC,
    Defendants.

## NOTICE OF REMOVAL OF ACTION

Defendant Enterprise RAC Company of Baltimore, LLC, by counsel, and for its Notice of Removal of Action, Enterprise RAC Company of Baltimore, LLC, states as follows:

1. On July 14, 2020, Plaintiff filed his Complaint for Damages against Defendants, Enterprise Leasing Company of Indianapolis, LLC and Kilaru Pooja, in the Hendricks Superior Court Civil Division 1, under Cause Number 32D01-2007-CT-000117.

2. On July 23, 2020, Plaintiff filed his Amended Complaint for Damages against Defendants, Defendants, Enterprise Leasing Company of Indianapolis, LLC and Kilaru Pooja.

3. On August 28, 2020, Counsel for Defendant Enterprise Leasing Company of Indianapolis, LLC was made aware that the proper defendant for purposes of this lawsuit was Enterprise RAC Company of Baltimore, LLC (hereinafter "Enterprise") and subsequently relayed this information to Plaintiff's counsel.

4. On September 4, 2020, Plaintiff filed his Second Amended Complaint for Damages against Defendants Enterprise RAC Company of Baltimore, LLC and Pooja Kilaru.

5. Counsel for Defendant Enterprise accepted service and filed their Appearances on September 10, 2020.

6. In his Second Amended Complaint for Damages, Plaintiff alleges that on June 6, 2020, he was involved in a Motor Vehicle Accident that caused him injuries and damage. Specifically, Plaintiff alleges that he "has incurred medical expenses and other special expenses and will incur future medical expenses, loss of enjoyment of life and property damage".

7. Defendant Enterprise contends that this cause is removable under 28 U.S.C. § 1332 and none of the impediments to removal under 28 U.S.C. § 1445 are present in this action.

8. Specifically, Defendant represents that diversity of citizenship exists as follows:

 a. Plaintiff is a citizen of the State of Indiana.

 b. Defendant Enterprise RAC Company of Baltimore, LLC is a limited liability company formed under the laws of Delaware. Its principal place of business is in Baltimore, Maryland.

 c. Enterprise Holdings, Inc. is the sole member of Defendant Enterprise RAC Company of Baltimore, LLC. Enterprise Holdings, Inc. is incorporated under the laws of Missouri with its principal place of business in Missouri.

 d. Defendant Pooja Kilaru is a citizen of the State of Illinois.

9. Defendant Enterprise certifies that to the best of its knowledge, information and belief, the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs based on September 8, 2020 correspondence with Plaintiff's counsel that his client is seeking damages in excess of $75,000.

10. Counsel for Co-defendant Pooja Kilura was consulted as to this filing and does not object to its filing and further joins in its filing.

11. This Notice of Removal is being filed with the Court within thirty (30) days after determining that the basis for diversity jurisdiction exists.

12. Copies of all pleadings filed in the state court action that are in the possession of Defendant are attached as "Exhibit A".

13. Contemporaneously, a written notice is being provided to all adverse parties and to the Clerk of the Hendricks Superior Court, Civil Division 1 that this Notice of Removal is being filed in this Court.

**WHEREFORE**, Defendant, Enterprise RAC Company of Baltimore, LLC, prays that the entire state court action pending in the Hendricks Superior Court, Civil Division 1 of Indiana, under Cause Number 32D01-2007-CT-000117, be removed to this Court for all further proceedings.

Dated: September 11, 2020.

Respectfully Submitted,

KOPKA PINKUS DOLIN PC

By: */s/Jessica N. Hamilton*
Jessica N. Hamilton (Atty #34268-71)
Leslie B. Pollie, (#Atty No. 25716-49)
Attorneys for Defendant Enterprise RAC Company of Baltimore, LLC

## CERTIFICATE OF SERVICE

      I hereby certify that on September 11, 2020, the foregoing has been filed through the Court's ECF system and notice has been electronically served on all counsel of record. Parties may access this filing through the Court's system.

Norris Choplin Schroeder LLP
101 West Ohio Street Ninth Floor
Indianapolis, IN 46204-4213
Cynthia Lasher
Bradley Wombles
clasher@ncs-law.com
bwombles@ncs-law.com

Mark Ladendorf
Ladendorf Law
7310 North Shadeland Ave
Indianapolis, IN 46250
mark@ladendorf.com

                                                                                       */s/Jessica N. Hamilton*
                                                                                       Jessica N. Hamilton

KOPKA PINKUS DOLIN PC
550 Congressional Blvd.
Suite 310
Carmel, IN  46032
Tel:   (317) 818-1360
Fax:   (317) 818-1390
Email: jnhamilton@kopkalaw.com